## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACERTA PHARMA B.V., ASTRAZENECA UK LIMITED, ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA AB, and MERCK SHARP & DOHME B.V.,<br><br>*Plaintiffs,*<br><br>v.<br><br>SANDOZ INC.,<br><br>*Defendant.* | Civil Action No. _____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs Acerta Pharma B.V., AstraZeneca UK Limited, AstraZeneca Pharmaceuticals LP, and AstraZeneca AB hereby state that AstraZeneca PLC, a publicly-held company, is the ultimate parent company of Acerta Pharma B.V., AstraZeneca UK Limited, AstraZeneca Pharmaceuticals LP, and AstraZeneca AB. No other publicly-held corporation owns 10% or more of the stock of Acerta Pharma B.V., AstraZeneca UK Limited, AstraZeneca Pharmaceuticals LP, and AstraZeneca AB.

| | |
|---|---|
| Dated:  February 4, 2022 | MCCARTER & ENGLISH, LLP |
| OF COUNSEL: | */s/ Daniel M. Silver*<br>Daniel M. Silver (#4758) |
| David I. Berl | Alexandra M. Joyce (#6423) |
| Stanley E. Fisher | Renaissance Centre |
| Kevin Hoagland-Hanson | 405 N. King Street, 8th Floor |
| Sarahi Uribe | Wilmington, DE 19801 |
| Min Kyung Jeon | T: (302) 984-6300 |
| WILLIAMS & CONNOLLY LLP | dsilver@mccarter.com |
| 725 Twelfth Street, N.W. | ajoyce@mccarter.com |
| Washington, DC 20835 | |
| T: (202) 434-5083 | *Attorneys for Plaintiffs Acerta Pharma B.V.,* |
| F: (202) 434-5029 | *AstraZeneca UK Limited, AstraZeneca* |
| dberl@wc.com | *Pharmaceuticals LP, AstraZeneca AB, and* |
| sfisher@wc.com | *Merck Sharp & Dohme B.V.* |
| khoagland-hanson@wc.com | |
| suribe@wc.com | |
| mjeon@wc.com | |