



DD: (302) 472-7311
Email: dgattuso@hegh.law

April 13, 2022

**VIA CM-ECF**

The Honorable Richard G. Andrews, U.S.D.J.
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801

Public version filed Apr. 13, 2022

Re: *Acerta Pharma B.V. et al. v. Sandoz Inc.*, C.A. No. 1:22-cv-00164-RGA

Dear Judge Andrews:

    This firm, along with Winston & Strawn LLP, represents Defendant Sandoz Inc. ("Sandoz") in the above-reference matter. We write in response to the Court's oral order on April 12, 2022, as to why the Court should not strike Exhibits A, B, and D as unnecessary to Sandoz's answer. Dkt. No. 18.

    This is a Hatch-Waxman litigation involving Sandoz's submission of an Abbreviated New Drug Application ("ANDA") seeking FDA approval for a generic version of Calquence® (acalabrutinib) 100 mg capsules. Pursuant to 21 U.S.C. 355(j)(2)(B), Sandoz sent a notice letter informing Plaintiffs that Sandoz's ANDA included a Paragraph IV certification that certain patents listed in the FDA's Orange Book in connection with Calquence® are invalid, unenforceable, and/or will not be infringed by the commercial manufacture, use, or sale of Sandoz's ANDA product. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

    Plaintiffs filed their complaint on February 4, 2022. Despite Sandoz's ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Plaintiffs have nevertheless asserted infringement of these ▮▮▮▮▮▮▮▮▮▮ based on the filing of Sandoz's ANDA. Sandoz does not believe Plaintiffs have stated viable claims of infringement as to the ▮▮▮▮▮▮▮▮▮▮▮▮▮ While Sandoz has not moved to dismiss Plaintiffs' allegations, it reserves the right to seek early disposition of those claims as discovery progresses.

    To that end, Sandoz believes that information from Sandoz's ANDA ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ will provide helpful context to the

The Honorable Richard G. Andrews
April 13, 2022
2 | P a g e

Court in the event ███████████████████████████████████████████████████████████████. While these materials are integral to or explicitly relied upon in Plaintiffs' complaint such that they are incorporated by reference, Sandoz attached them to its answer as Exhibits A, B, and D out of an abundance of caution and for the Court's convenience.

Sandoz has conferred with Plaintiffs Acerta Pharma B.V., AstraZeneca UK Limited, Astra-Zeneca Pharmaceuticals LP, AstraZeneca AB, and Merck Sharp & Dohme B.V. (collectively, "Plaintiffs") and Plaintiffs have indicated they do not agree with Sandoz's statements about the necessity of the exhibits, and Plaintiffs believe that the exhibits can be struck. To the extent Sandoz seeks early disposition of the ████████████, it is free to attach all appropriate documentation to its motion at that time. Plaintiffs will respond to the substance of any such motion if or when it is filed.

Should your Honor have any questions or concerns, the parties are available to discuss at the Court's convenience.

Respectfully submitted,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

DTG/ram
cc: All Counsel of Record (via CM-ECF and email)