IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACERTA PHARMA B.V., ASTRAZENECA UK LIMITED, ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA AB, and MERCK SHARP & DOHME B.V., | : : : : : : | |
| *Plaintiffs,* | : : | C.A. No. 22-0164-RGA |
| v. | : : | |
| SANDOZ INC., | : : | |
| *Defendant.* | : | |

## **ORDER**

This 18th day of April, 2022, Defendant Sandoz Inc., having moved for leave to file its Answer, Defenses and Counterclaims under seal and the Court having determined that good cause exists for the requested relief;

IT IS HEREBY ORDERED, that Sandoz Inc.'s Unopposed Motion For Leave To File Under Seal is GRANTED.  Sandoz Inc. shall file a public version of the sealed documents within seven days of filing.

/s/ Richard G. Andrews<br>
United States District Judge